# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Minaldi, Patricia H. | 2. Court or Organization<br><br>District Court - Louisiana | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>611 Broad Street<br>Lake Charles, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | La. State Employee Retirement System (pension upon retirement) |
| 2. | |
| 3. | |

**Minaldi, Patricia H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southwest Louisiana Bar Association | March 24, 2010 - March 26, 2010 | Houston, Texas | Bench Bar Conference | Reimbursement for lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwest Mutual Ins. Co. (account)* | A | Interest | J | T | | | | | Please see note Part VIII |
| 2. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 3. Hibernia National BankCapital One (Accounts)(liquidated) | B | Interest | J | T | | | | | Please see note Part VIII. |
| 4. Smith Barney (formerly Legg Mason Special Investment) Trust | B | Dividend | J | T | | | | | |
| 5. Smith Barney (formerly Legg Mason Cash Reserve Trust) | A | Dividend | J | T | | | | | |
| 6. Smith Barney (formerly Legg Mason Opportunity Trust) | A | Dividend | J | T | | | | | |
| 7. Smith Barney (formerly Legg Mason Cash Reserve Trust) | A | Dividend | J | T | | | | | |
| 8. Smith Barney (formerly Legg Mason Opportunity Trust) | A | Dividend | J | T | | | | | |
| 9. Other Property - St. Mary Parish* | | None | J | W | | | | | Please see note Part VIII |
| 10. AXA Equitable (formerly Fidelity Aggressive Growth) | A | Dividend | K | T | | | | | Fidelity IRA |
| 11. AXA Equitable (formerly Fidelity Growth Companies) | A | Dividend | K | T | | | | | Fidelity IRA |
| 12. AXA Equitable (formerly Fidelity Value) | A | Dividend | L | T | | | | | Fidelity IRA |
| 13. Spartan Total Market Index | A | Dividend | K | T | | | | | Fidelity IRA |
| 14. AIM Equity Funds Blue Chip Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 15. Hartford Mutual Funds Capital Appreciation Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 16. Hartford Mutual Funds Midcap Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 17. Hartford Mutual Funds Global Health Fund | A | Dividend | J | T | | | | | Raymond James IRA |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000.000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. First Trust Target VIP Portfolio | A | Dividend | J | T | | | | | |
| 19. La. State Employee Retirement System | | None | L | T | | | | | Please see note Part VIII |
| 20. Series EE Bonds | | None | J | T | | | | | |
| 21. Maxim Stock Index Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 22. American Century Ultra Fund | | None | J | T | | | | | La. Deferred Comp. Plan |
| 23. Maxim INVESCO Small Cap Growth Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 24. JP Morgan Chase Bank* | A | Interest | J | T | | | | | Please see note Part VIII |
| 25. Western Asset Money Market | A | Dividend | J | T | | | | | |
| 26. WR Advisors Science and Technology | B | Dividend | L | T | | | | | |
| 27. 25% Interest in Estate ▓▓▓▓▓▓ | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Dissolved in divorce.(From Part VII, record 1).

2. Liquidated. (From Part VII, record 3).

3. ▓▓▓▓▓▓ separate property - erroneously included on last report. (From Part VII, record 9).

4. La. State Employee Retirement Plan is in litigation (From Part VII, record 19).

5. Dissolved in community property settlement and erroneously included on last report. (From Part VII, record 24).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia H. Minaldi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544